FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-30266 |
| Plaintiff-Appellee, | D.C. No. 6:18-cr-00351-AA-1 |
| v. | District of Oregon, Eugene |
| KEITH ATHERTON, AKA Keith James Atherton, AKA John Doe, | ORDER |
| Defendant-Appellant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.